IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWIGHT DEE DEE COLSTON,

    Plaintiff,
v.                                                   CASE NO. 4:06-cv-00298-MP-WCS

MS JACKSON,
GREGORY WOMBLE,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 30, Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed for failure to prosecute and to follow the orders of the Court. The time for filing objections has passed and none have been filed, although plaintiff filed a letter to the Court which failed to contain objections to the Report and Recommendation or an explanation for the plaintiff's failure to prosecute this case. The Court agrees with the Magistrate Judge that Plaintiff has failed to prosecute this case and to comply with orders of the Court. Accordingly, it is hereby,

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _15th_ day of June, 2007

                                   *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge